

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00297-CV

**IN THE INTEREST OF A.S.G., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00416
Angelica Jimenez, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellee's Brief is due July 31, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk